UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
FILE NO. 7:16-CV-46-D

| | | |
|---|---|---|
| LTC DONALD SULLIVAN, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| PAT MCCRORY, et al | ) | |
| Defendants. | ) | |

THIS CAUSE came on before the undersigned, on Motion of Ed McMahon, individually and as Sheriff of New Hanover County (hereinafter "this Defendant"), for an Order staying discovery in this case until such time as this Court has had the opportunity to rule on the pending Motions to Dismiss filed by the Defendants in this case.

Having considered the Motion by this Defendant, this Court is of the opinion that this request should be granted.

Accordingly, it is HEREBY ORDERED, ADJUGED AND DECREED that the obligation of the parties to engage in the Rule 26(f) meeting and discovery is HEREBY STAYED until such time as this Court has ruled on the pending Motions to Dismiss filed by the Defendants in this case.

SO ORDERED. This the **21** day of June, 2016.

JAMES C. DEVER III
Chief United States District Judge