UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| LTC DONALD SULLIVAN, )<br>　　　　　Plaintiff, )<br>　　　　　　　　　　　　　　　 )<br>V. 　　　　　　　　　　　　　　 )<br>　　　　　　　　　　　　　　　 )<br>PAT McCRORY, Individually and as )<br>Governor, NC; ROY COOPER, Individually )<br>and as Attorney General, NC: BEN DAVID, )<br>Individually and as District Attorney, Fifth )<br>District of NC; LORRIN FREEMAN, )<br>Individually and As District Attorney, Tenth )<br>District of NC; LINDSAY ROBERSON, )<br>Individually and as Assistant District )<br>Attorney, Fifth District of NC; ED )<br>McMAHON, Individually and as Sheriff of )<br>New Hanover County, NC; WILLIAM J. )<br>GREY, Individually as Commander, NC )<br>State Highway Patrol; TROY C. POPE, )<br>Individually and as First Sergeant for )<br>Wilmington District, NC State Highway )<br>Patrol; B. A. PHILLIPS, Individually and as )<br>Trooper, NC State Highway Patrol; )<br>M.A. KIRK, Individually and as Trooper, )<br>NC State Highway Patrol; T. L. MANESS, )<br>Individually and as Trooper, NC State )<br>Highway Patrol, )<br>　　　　　Defendants. ) | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 7:16-cv-46-D** |

**Decision by Court.**
This action came before this Court for ruling as follows.

IT IS ORDERED, ADJUDGED, AND DECREED that the court GRANTS plaintiff's second motion to amend [D.E. 36], GRANTS defendants' motions to dismiss [D.E. 7, 16, 20], and DISMISSES plaintiff's section 1983 and 1985 claims. The court DISMISSES WITHOUT PREJUDICE plaintiff's state-law claims.

**This Judgment Filed and Entered on December 16, 2016, and Copies To:**

Donald Sullivan　　　　　　　　　　　　　　　　　　(Sent to P.O. Box 441 Atkinson, NC 28421
　　　　　　　　　　　　　　　　　　　　　　　　　via US Mail)

| David J. Adinolfi, II | (via CM/ECF Notice of Electronic Filing) |
| Scott C. Hart | (via CM/ECF Notice of Electronic Filing) |
| Tammera Sudderth Hill | (via CM/ECF Notice of Electronic Filing) |
| Thomas M. Woodward | (via CM/ECF Notice of Electronic Filing) |

DATE:   JULIE RICHARDS JOHNSTON, CLERK

December 16, 2016   (By) /s/ Nicole Briggeman

   Deputy Clerk